UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
BELLA KHALLOUF, as parent and natural guardian of :
L.K., and BELLA KHALLOUF, Individually, :
: 25-CV-02330 (JAV)
Plaintiffs :
: <u>ORDER</u>
-v- :
:
THE NEW YORK CITY DEPARTMENT OF :
EDUCATION, :
:
Defendant. :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On May 12, 2025, Defendant filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Plaintiff is on notice that there will likely not be any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

      On May 22, 2025, pursuant to Rule 5.I of this Court's Individual Rules and Practices in Civil Cases, Plaintiffs notified the Court that they "intend to rely on the pleading being attacked." ECF No. 13.

      Pursuant to this Court's April 11, 2025 Order, Plaintiffs shall file any opposition to the motion to dismiss by **June 16, 2025**. Defendants' reply, if any, shall be filed by **July 18, 2025**. ECF No. 9.

SO ORDERED.

Dated: May 28, 2025
      New York, New York
                                                           JEANNETTE A. VARGAS
                                                           United States District Judge